| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Murphy, Diana E | 2. Court or Organization<br>U.S. Court of Appeals (8th Cir) | 3. Date of Report<br>5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. Report Type (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. Courthouse<br>300 S. Fourth Street, 11 E<br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Bush Foundation |
| 2. Trustee | University of Minnesota Foundation |
| 3. Trustee | University of St. Thomas |
| 4. Director | Association of Governing Boards of Universities and Colleges |
| 5. Director | Minnesota Opera |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 12 12 08 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | Arlington, VA. May 3-5. Annual meeting (room and food) |
| 2. | Bush Foundation | Rapid City, SD. May 7-9. Board of Directors meeting (transportation, room and food) |
| 3. | | |
| 4. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ind'l Retirement Acct ▓▓▓ (USBonds) | | | ▓▓▓ | | | | | | |
| 2. ▓▓▓ NTL Tax Free MM Fund, ▓▓▓ | ▓▓▓ | | | | | | | | |
| 3. Ind'l Retirement Acct, ▓▓▓ (cash eq) | ▓▓▓ | | | | ▓▓▓ | A | | | |
| 4. ▓▓▓ Ntl Tax Free MM Fund, ▓▓▓ | ▓▓▓ | | | | | | | | |
| 5. Checking Acct, ▓▓▓ | ▓▓▓ | | | | | | | | |
| 6. Trust, ▓▓▓ (mun bds & cash eq) | ▓▓▓ | | | | | | | | |
| 7. IRA ▓▓▓ (USBonds) | | | ▓▓▓ | | ▓▓▓ | | | | |
| 8. Bond - Minnesota Housing Finance Agency· | ▓▓▓ | | | | ▓▓▓ | | | | |
| 9. | | | | | ▓▓▓ | | | | |
| 10. | | | | | ▓▓▓ | | | | |
| 11. Bond - U.S. Treasury Notes | | | ▓▓▓ | | | | | | |
| 12. Bond - Burnsville, MN | ▓▓▓ | | | | | | | | |
| 13. U.S. Treasury Bond | ▓▓▓ | | | | | | | | |
| 14. U.S. Treasury Bond | ▓▓▓ | | | | | | | | |
| 15. U.S. Treasury Bond | ▓▓▓ | | | | | | | | |
| 16. U.S. Treasury Bond | ▓▓▓ | | | | | | | | |
| 17. U.S. Treasury Bond | ▓▓▓ | | | | | | | | |
| 18. Bond - Wayzata School | | | ▓▓▓ | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Tax-exempt MM Fund, Piper Jaffray, Mpls, MN | | | | | | | | | |
| 20. Tax-exempt MM Fund, Piper Jaffray, Mpls. | | | | | | | | | |
| 21. Bond - Eden Prairie, MN | | | | | | | | | |
| 22. Bond - Maple Grove, MN | | | | | | | | | |
| 23. Bond - Maple Grove, MN | | | | | | | | | |
| 24. Bond - Maple Grove, MN | | | | | | | | | |
| 25. Bond - Maplewood, MN | | | | | | | | | |
| 26. Bond - St. Paul School District | | | | | | | | | |
| 27. Bond - So. MN Mun. Power | | | | | | | | | |
| 28. U.S. Treasury Bonds | | | | | | | | | |
| 29. U.S. Treasury Bonds | | | | | | | | | |
| 30. Bond - Maplewood, MN | | | | | | | | | |
| 31. Bond - Ramsey Co., MN | | | | | | | | | |
| 32. Bond - So. MN Municipal Power Agency | | | | | | | | | |
| 33. Bond - So. MN Municipal Power Agency | | | | | | | | | |
| 34. Bond - Chaska, MN | | | | | | | | | |
| 35. Bond - Chaska, MN | | | | | | | | | |
| 36. Bond - Farmington, MN | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bond - Maplewood, MN | | | | | | | | | |
| 38. Bond - Minneapolis, MN | | | | | | | | | |
| 39. Bond - Minnesota General | | | | | | | | | |
| 40. Bond - Ramsey Co., MN | | | | | | | | | |
| 41. Bond - St. Cloud, MN | | | | | | | | | |
| 42. Bond - Sauk Rapids, MN | | | | | | | | | |
| 43. Bond - So. MN Municipal Pwr Agency | | | | | | | | | |
| 44. Bond - So. MN Municipal Pwr Agency | | | | | | | | | |
| 45. Bond - Wayzata, MN | | | | | | | | | |
| 46. Bond - Wayzata, MN | | | | | | | | | |
| 47. Bond - Anoka, MN | | | | | | | | | |
| 48. Bond - Becker, MN | | | | | | | | | |
| 49. Bond - Burnsville, Eagan, Savage, MN | | | | | | | | | |
| 50. Bond - Faribault, MN | | | | | | | | | |
| 51. Bond - Faribault, MN | | | | | | | | | |
| 52. Bond - Glencoe, MN | | | | | | | | | |
| 53. Bond - LeSueur, MN | | | | | | | | | |
| 54. Bond - Maple Grove, MN | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Bond - Maple Grove, MN | | | | | | | | | |
| 56. Bond - Metro Council, MN | | | | | | | | | |
| 57. Bond - Minneapolis, MN | | | | | | | | | |
| 58. Bond - Minneapolis, MN | | | | | | | | | |
| 59. Bond - Minneapolis, MN | | | | | | | | | |
| 60. Bond - Minnesota State | | | | | | | | | |
| 61. Bond - Roseville, MN | | | | | | | | | |
| 62. Bond - St. Michael, MN | | | | | | | | | |
| 63. Bond - St. Paul, MN | | | | | | | | | |
| 64. Bond - So. Washington Cty, MN | | | | | | | | | |
| 65. Bond - Stillwater, MN | | | | | | | | | |
| 66. Bond - Wayzata, MN | | | | | | | | | |
| 67. Bond - Wayzata, MN | | | | | | | | | |
| 68. Bond - West St. Paul, MN | | | | | | | | | |
| 69. Bond - Chaska, MN | | | | | | | | | |
| 70. Bond - Minneapolis, MN | | | | | | | | | |
| 71. Bond - Esko, MN | | | | | | | | | |
| 72. Bond - Fridley, MN | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diane E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Bond - New Prague, MN | | | | | | | | | |
| 74. Bond - Ramsey Co., MN | | | | | | | | | |
| 75. Bond - Waseca, MN | | | | | | | | | |
| 76. Bond - Breckenridge, MN | | | | | | | | | |
| 77. Bond - Brooklyn Park, MN | | | | | | | | | |
| 78. Bond - Duluth, MN | | | | | | | | | |
| 79. Bond - Eden Prairie, MN | | | | | | | | | |
| 80. Bond - Eden Prairie, MN | | | | | | | | | |
| 81. Bond - Esko, MN | | | | | | | | | |
| 82. Bond - Fairmount, MN | | | | | | | | | |
| 83. Bond - Farmington, MN | | | | | | | | | |
| 84. Bond - Fridley, MN | | | | | | | | | |
| 85. Bond - Fridley, MN | | | | | | | | | |
| 86. Bond - Grand Rapids, MN | | | | | | | | | |
| 87. Bond - Hutchinson, MN | | | | | | | | | |
| 88. Bond - Inver Grove Heights, MN | | | | | | | | | |
| 89. Bond - Mahtomedi, MN | | | | | | | | | |
| 90. Bond - Mankato, MN | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Bond - Maple Grove, MN | | | | | | | | | |
| 92. Bond - Minneapolis, MN | | | | | | | | | |
| 93. Bond - Minneapolis, MN | | | | | | | | | |
| 94. Bond - Minneapolis, MN | | | | | | | | | |
| 95. Bond - Minneapolis, MN | | | | | | | | | |
| 96. Bond - Minnesota | | | | | | | | | |
| 97. Bond - Minnesota | | | | | | | | | |
| 98. Bond - Minnetonka, MN | | | | | | | | | |
| 99. Bond - Minnetonka, MN | | | | | | | | | |
| 100. Bond - Montivideo, MN | | | | | | | | | |
| 101. Bond - Montgomery, MN | | | | | | | | | |
| 102. Bond - New Prague, MN | | | | | | | | | |
| 103. Bond - North St. Paul, MN | | | | | | | | | |
| 104. Bond - Ramsey Co., MN | | | | | | | | | |
| 105. Bond - Roseville, MN | | | | | | | | | |
| 106. Bond - Roseville, MN | | | | | | | | | |
| 107. Bond - Rush City, MN | | | | | | | | | |
| 108. Bond - So. Minn Mun Power | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 2. Value Method Codes: (See Column C2) | Q = Appraised | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Bond - Triton Sel Dist | | | | | | | | | |
| 110. Bond - Waseca, MN | | | | | | | | | |
| 111. Bond - Wayzata, MN | | | | | | | | | |
| 112. Bond - Fridley, MN | | | | | | | | | |
| 113. Bond - Hutchinson, MN | | | | | | | | | |
| 114. Bond - Luverne, MN | | | | | | | | | |
| 115. Bond - Minneapolis, MN | | | | | | | | | |
| 116. Bond - St. Francis, MN | | | | | | | | | |
| 117. Bond - Albert Lea, MN | | | | | | | | | |
| 118. Bond - Chisasgo Lakes ISD, MN | | | | | | | | | |
| 119. Bond - Minnesota | | | | | | | | | |
| 120. Bond - Northfield, MN | | | | | | | | | |
| 121. Bond - St. Paul, MN | | | | | | | | | |
| 122. Bond - Sartell, MN | | | | | | | | | |
| 123. Bond - Woodbury, MN | | | | | | | | | |
| 124. Bond - Albert Lea, MN | | | | | | | | | |
| 125. Bond - Chisago Lakes ISD, MN | | | | | | | | | |
| 126. Bond - Duluth, MN | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murphy, Diana E | 5/6/2004 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  Bond - Lakeville, MN | | | | | | | | | |
| 128.  Bond - Minnesota | | | | | | | | | |
| 129.  Bond - Minnesota HGR ED | | | | | | | | | |
| 130.  Bond - Northfield, MN | | | | | | | | | |
| 131.  Bond - St. Paul, MN | | | | | | | | | |
| 132.  Bond - Sartell, MN | | | | | | | | | |
| 133.  Bond - Woodbury, MN | | | | | | | | | |
| 134.  Bond - Bemidji, MN | | | | | | | | | |
| 135.  Bond - Breckenridge, MN | | | | | | | | | |
| 136.  Bond - Buffalo, MN | | | | | | | | | |
| 137.  Bond - Burnsville, MN | | | | | | | | | |
| 138.  Bond - Fairmont, MN | | | | | | | | | |
| 139.  Bond - Forest Lake City, MN | | | | | | | | | |
| 140.  Bond - Forest Lake City, MN | | | | | | | | | |
| 141.  Bond - Hennepin | | | | | | | | | |
| 142.  Bond - Lakeville, MN | | | | | | | | | |
| 143.  Bond - Maple Grove, MN | | | | | | | | | |
| 144.  Bond - Maple Grove, MN | | | | | | | | | |

| 1.  Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2.  Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3.  Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Bond - Maple Grove, MN | | | | | | | | | |
| 146. Bond - Minneapolis, MN | | | | | | | | | |
| 147. Bond - Minneapolis, MN | | | | | | | | | |
| 148. Bond - Minneapolis, MN | | | | | | | | | |
| 149. Bond - Minneapolis, MN | | | | | | | | | |
| 150. Bond - Minneapolis, MN | | | | | | | | | |
| 151. Bond - MSP Airport | | | | | | | | | |
| 152. Bond - North St. Paul | | | | | | | | | |
| 153. Bond - Rosemount, MN | | | | | | | | | |
| 154. Bond - Rosemount, MN | | | | | | | | | |
| 155. Bond - St. Paul, MN | | | | | | | | | |
| 156. Bond - Bloomington, MN | | | | | | | | | |
| 157. Bond - Golden Valley, MN | | | | | | | | | |
| 158. Bond - Grand Meadow, MN | | | | | | | | | |
| 159. Bond - Maplewood, MN | | | | | | | | | |
| 160. Bond - Maplewood, MN | | | | | | | | | |
| 161. Bond - Pipestone, MN | | | | | | | | | |
| 162. Bond - Ramsey Cty, MN | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

— income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Bond - Rockford, MN | | | | | | | | | |
| 164. Bond - St. Louis Park, MN | | | | | | | | | |
| 165. Bond - St. Paul, MN | | | | | | | | | |
| 166. Bond - So. St. Paul, MN | | | | | | | | | |
| 167. Bond - Ulen-Hitterdal Dst. MN | | | | | | | | | |
| 168. Bond - Ulen-Hitterdal Dst. MN | | | | | | | | | |
| 169. Bond - US Treasury | | | | | | | | | |
| 170. Bond - Bloomington, MN | | | | | | | | | |
| 171. Bond - Brooklyn Park, MN | | | | | | | | | |
| 172. Bond - Chaska, MN | | | | | | | | | |
| 173. Bond - Golden Valley, MN | | | | | | | | | |
| 174. Bond - Lakeville, MN | | | | | | | | | |
| 175. Bond - Maplewood, MN | | | | | | | | | |
| 176. Bond - Pipestone, MN | | | | | | | | | |
| 177. Bond - Pipestone, MN | | | | | | | | | |
| 178. Bond - Ramsey Cty, MN | | | | | | | | | |
| 179. Bond - Rockford, MN | | | | | | | | | |
| 180. Bond - St. Louis Park, MN | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Bond - St. Paul, MN | | | | | | | | | |
| 182. Bond - So. St. Paul, MN | | | | | | | | | |
| 183. Bond - Ulen-Hitterdal Dst, MN | | | | | | | | | |
| 184. Bond - Ulen-Hitterdal Dst, MN | | | | | | | | | |
| 185. Bond - Bloomington, MN | | | | | | | | | |
| 186. Bond - St. Paul, MN | | | | | | | | | |
| 187. Bond - Sub Hennepin Cty., MN | | | | | | | | | |
| 188. Bond - Andover, MN | | | | | | | | | |
| 189. Bond - Bloomington, MN | | | | | | | | | |
| 190. Bond - Chaska, MN | | | | | | | | | |
| 191. Bond - Dakota Cty, MN | | | | | | | | | |
| 192. Bond - Elk River, MN | | | | | | | | | |
| 193. Bond - Farmington, MN | | | | | | | | | |
| 194. Bond - Minneapolis Metropolitan Airports | | | | | | | | | |
| 195. Bond - Northfield, MN | | | | | | | | | |
| 196. Bond - St. Louis Cty, MN | | | | | | | | | |
| 197. Bond - St. Paul, MN | | | | | | | | | |
| 198. Bond - Stillwater, MN | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. Bond - Sub Hennepin Cty, MN | | | | | | | | | |
| 200. Bond - Hopkins, MN | | | | | | | | | |
| 201. Bond - Andover, MN | | | | | | | | | |
| 202. Bond - Brooklyn Center, MN | | | | | | | | | |
| 203. Bond - Hennepin County, MN | | | | | | | | | |
| 204. Bond - Hopkins, MN | | | | | | | | | |
| 205. Bond - Lakeville, MN | | | | | | | | | |
| 206. Bond - Minneapolis, MN | | | | | | | | | |
| 207. Bond - Olmsted County | | | | | | | | | |
| 208. Bond - St. Paul, MN | | | | | | | | | |
| 209. Bond - Woodbury, MN | | | | | | | | | |
| 210. Bond - Minneapolis, MN | | | | | | | | | |
| 211. Bond - Moorhead, MN | | | | | | | | | |
| 212. Bond - Richfield, MN | | | | | | | | | |
| 213. Bond - Dakota County, MN | | | | | | | | | |
| 214. Bond - Edina, MN | | | | | | | | | |
| 215. Bond - Golden Valley, MN | | | | | | | | | |
| 216. Bond - Hennepin Cty, MN | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Murphy, Diana E | 5/6/2004 |

## VI. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 217. Bond - Mahtomedi, MN | | | | | | | | | |
| 218. Bond - Maplewood, MN | | | | | | | | | |
| 219. Bond - Minneapolis, MN | | | | | | | | | |
| 220. Bond - Minneapolis, MN | | | | | | | | | |
| 221. Bond - Minneapolis, MN | | | | | | | | | |
| 222. Bond - Minnesota | | | | | | | | | |
| 223. Bond - Moorhead, MN | | | | | | | | | |
| 224. Bond – Osakis, MN | | | | | | | | | |
| 225. Bond – Otsego, MN | | | | | | | | | |
| 226. Bond – Prior Lake, MN | | | | | | | | | |
| 227. Bond - Ramsey Cty, MN | | | | | | | | | |
| 228. Bond - Richfield, MN | | | | | | | | | |
| 229. Bond - St. Paul, MN | | | | | | | | | |
| 230. Bond - St. Paul, MN | | | | | | | | | |
| 231. Bond - St. Paul Park, MN | | | | | | | | | |
| 232. Bond - Sherburne Cty, MN | | | | | | | | | |
| 233. Bond - St. Paul, MN | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, lines 28 and 29.  US Treasury Bonds listed in 2002 report at lines 33-36.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date    5 / 6 / 04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544